March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Alixa Olivas Sauceda,
                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 mag -CR- 619 (___)(___)

Defendant __Alixa Olivas Sauceda__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

/s/ Alixa Olivas Sauceda ny Martin Cohen
_ Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Alixa Olivas Sauceda**
Print Defendant's Name

/s/ Martin Cohen
Defense Counsel's Signature

**Martin Cohen**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/19/2021
Date

/s/ Stewart D. Aaron
U.S. Magistrate Judge